Decided December 8, 2004

JAMES M. MALLOY *v.* TOWN OF COLCHESTER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 627 (AC 24228), is denied.

*William F. Gallagher* and *Mark A. Balaban,* in support of the petition.

*Jay T. DonFrancisco,* in opposition.

Decided December 8, 2004

CHARLES BATTS *v.* COMMISSIONER OF CORRECTION

The petitioner Charles Batts' petition for certification for appeal from the Appellate Court, 85 Conn. App. 723 (AC 24515), is denied.

*Robert J. McKay,* special public defender, in support of the petition.

*Christine Collyer,* special deputy assistant state's attorney, in opposition.

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 15 (AC 25062), is denied.